

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-23-00147-CV

BONNIE PATRICIA KELLER, APPELLANT

V.

ALFREDO MENDOZA PEREZ AND YADIRA DUQUE-ESPINOZA, APPELLEES

On Appeal from the 423rd District Court
Bastrop County, Texas
Trial Court No. 423-8355, Honorable Christopher Darrow Duggan, Presiding

May 19, 2023

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Bonnie Keller, filed a notice of appeal from the trial court's *Final Judgment* without paying the requisite filing fee.[1]  By letter of April 21, 2023, the Clerk of this Court notified Keller that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

fee by May 1 would result in dismissal of the appeal. To date, Keller has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Keller has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam